```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :        20-CR-2 (VSB)
                                                            :
IDRIS BROWNING,                                             :           ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 7, 2020, Defendant Idris Browning ("Defendant" or "Browning") filed a letter motion seeking release pursuant to Title 18, United States Code, Section 3142, (Doc. 12), the Government filed its opposition on May 9, 2020, (Doc. 15),[1] and Defendant filed his reply on May 11, 2020, (Doc. 16).  Defendant—who is detained at the Metropolitan Correctional Center ("MCC")—seeks release on bail pursuant to Title 18, United States Code, Section 3142, because "the Government cannot prove there are no conditions that could reasonably assure the safety of the community and Mr. Browning's return to court," (Doc. 12 at 3), and the coronavirus pandemic.  On December 20, 2019, Defendant consented to detention without prejudice to making a bail application in the future.  (Doc. 4.)  It is hereby

ORDERED that defense counsel shall determine whether Defendant will waive his presence at a telephonic detention hearing.

IT IS FURTHER ORDERED that the parties meet and confer concerning when they would be available for a telephonic detention hearing.  If Defendant does not waive his

---

[1] The Government's letter was initially rejected because of a filing error.  (Doc. 14.)

appearance, the parties are directed to provide dates during the week of May 25, 2020, when they would be available. If Defendant waives his appearance, the parties are directed to provide dates this week and next week when they are available.

SO ORDERED.

Dated: May 12, 2020
       New York, New York

Vernon S. Broderick
United States District Judge