# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   United States v. Idris Browning**
        **20 Cr. 02 (VSB)**

Honorable Judge Broderick:

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  7/27/2020
>
> The status conference scheduled for July 29, 2020 is hereby adjourned to September 16, 2020 at 10:30 a.m. The adjournment is necessary to allow the parties to discuss a possible pretrial disposition of the matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 29, 2020 and September 16, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7)(A), in the interest of justice.

    A status conference in the above-captioned case is currently scheduled for July 29, 2020. The parties write jointly to seek an adjournment of the conference; the parties are available on the following dates in September: 1, 2, 4, 9, 11 and 16. In addition, we are available any day the week of September 24.

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    */s/ Marne L. Lenox*
                                    Marne L. Lenox
                                    Assistant Federal Defender
                                    (212) 417-8721

cc:     Christy Slavic, Assistant U.S. Attorney (by ECF)