# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2020

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 9/15/2020

The status conference scheduled for September 16, 2020 is hereby adjourned to October 21, 2020 at 9:00 a.m. The adjournment is necessary to allow the parties to discuss a possible pretrial disposition of the matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between September 16, 2020 and October 21, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7) (A), in the interest of justice.

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:     United States v. Idris Browning
         20 Cr. 02 (VSB)**

Honorable Judge Broderick:

      A status conference in the above-captioned case is currently scheduled for September 16, 2020. Given the current COVID-19 pandemic, the defense respectfully requests that the September 16 conference be adjourned for approximately 30 days. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

      Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Marne L. Lenox*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:     Christy Slavic, Assistant U.S. Attorney