# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   United States v. Idris Browning**
       **20 Cr. 02 (VSB)**

Honorable Judge Broderick:

> **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J.  10/20/2020
>
> The status conference scheduled for October 21, 2020 is hereby adjourned to November 2, 2020 at 9:00 a.m. The adjournment is necessary to allow the parties to discuss a possible pretrial disposition of the matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 21, 2020 and November 2, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7) (A), in the interest of justice.

   A status conference in the above-captioned case is currently scheduled for October 21, 2020. Given the current COVID-19 pandemic, the defense respectfully requests that the conference be adjourned for approximately three weeks for a date on which Mr. Browning may take a remote plea. To that end, the defense and the Government have conferred and both parties are available on Monday, November 2 (except at 11am) and Wednesday, November 4 (except between 12-2:30pm). The defense believes that in order to safeguard Mr. Browning's health, a remote plea is necessary and appropriate under the CARES Act.

   In addition, the Government requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

   Thank you for your consideration of this request.

                              Respectfully submitted,

                              */s/*
                              Marne L. Lenox
                              Assistant Federal Defender
                              (212) 417-8721

cc:   Christy Slavik, Assistant U.S. Attorney