# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2020

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   United States v. Idris Browning**
         **20 Cr. 02 (VSB)**

Honorable Judge Broderick:

    A status conference in the above-captioned case is currently scheduled for November 2, 2020. Given the current COVID-19 pandemic and the fact that Mr. Browning is currently incarcerated at the Metropolitan Detention Center, the defense respectfully requests that the conference be adjourned to the week of November 16, 2020 to allow defense counsel sufficient time to discuss the remote plea procedures with Mr. Browning in advance of the remote plea. To that end, the defense and the Government have conferred and both parties are available on Monday, November 16 from 1 to 2pm, Tuesday, November 17 from 9 to 11 am, Wednesday, November 18 after 2pm, and Friday, November 20 after 10:30 am. The defense believes that in order to safeguard Mr. Browning's health, a remote plea is necessary and appropriate under the CARES Act.

    In addition, the Government requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

---

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/1/2020

The status conference scheduled for November 2, 2020 is hereby adjourned to November 17, 2020 at 9:00 a.m. The adjournment is necessary to allow the parties to discuss a possible pretrial disposition of the matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 2, 2020 and November 17, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7) (A), in the interest of justice.

cc:     Christy Slavik, Assistant U.S. Attorney

cc:     Christy Slavik, Assistant U.S. Attorney