# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2020

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:**   **United States v. Idris Browning
20 Cr. 02 (VSB)**

Honorable Judge Broderick:

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/18/2020

The status conference scheduled for November 20, 2020 is hereby adjourned to November 30, 2020 at 9:00 a.m. The adjournment is necessary due to defense counsel's unavailability to appear on November 20. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 18, 2020 and November 30, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7) (A), in the interest of justice.

A plea hearing had been scheduled in the above-captioned case for November 17, 2020. On November 16, 2020, the Clerk's Office of the Southern District of New York adjourned the November 17 plea hearing to November 20, 2020 at 10:30am. Because defense counsel has a scheduling conflict for that date and time, the defense respectfully requests the plea hearing be adjourned to November 30, 2020. The defense has conferred with the Government and the Government is also available on that date. The defense consents to the exclusion of time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice given defense counsel's unavailability on November 20, 2020. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Christy Slavik, Assistant U.S. Attorney